UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA            CRIMINAL NO. 3:17 CR 158 (RNC)

v.

HOMERO JOSHUA GARZA              VIOLATION:
                                 18 U.S.C. § 1343 (Wire Fraud)

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Wire Fraud)

From in or about May 2014 through January 2015, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, HOMERO JOSHUA GARZA, the defendant, unlawfully, willfully and knowingly, having devised and intended to devise a scheme to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce certain signals and sounds, to wit, for the purpose of executing a scheme to defraud victims in connection with both the purported generation and sale of various virtual currencies through the use of his companies, the defendant sent, among others, an email on August 8, 2014, from the email address Josh@geniusesatwork.com to the email address Josh@geniusesatwork.com that traveled through interstate commerce.

1

All in violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY