AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2017 JUL 20  P 12: 38
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:17cr 158 (RNC) |
| Homero Joshua Garza ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/20/2017

_Defendant's signature_

_Signature of defendant's attorney_

Marjorie Peerce, Esq.
_Printed name of defendant's attorney_

/s/ DFM

_Judge's signature_

United States Magistrate Judge Donna F. Martinez
_Judge's printed name and title_