Criminal Std (6/13/2012)

HONORABLE: D. F. Martinez
DEPUTY CLERK: R. K. Wood
RPTR/ECRO/TAPE: FTR
USPO: M. Chester
INTERPRETER:

TOTAL TIME: 1 hours 7 minutes
DATE: Jul 20, 2017   START TIME: 11:04 a.m.   END TIME: 12:11 p.m.

**COURTROOM MINUTES**

- ☒ IA-INITIAL APPEAR  2  ☒ BOND HRG  8  ☐ CHANGE OF PLEA  ☐ IN CAMERA HRG
- ☐ IA- RULE 5  ☐ DETENTION HRG  ☒ WAIVER/PLEA HRG 56m  ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT  ☐ PROBABLE CAUSE  ☐ EXTRADITION HRG  ☐ FORFEITURE
- ☐ CONFLICT HRG  ☐ EVIDENTIARY HRG  ☐ STATUS CONF  ☒ MOTION HRG  1m

CRIMINAL NO. 3:17CR158 (RNC)   DEFT # 1

J. Pierpont
AUSA

**UNITED STATES OF AMERICA**
vs
**HOMERO JOSHUA GARZA**

M. Peerce
Counsel for Defendant Ret ☒ CJA ☐ PDA ☐

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☒ ...... ☒ Waiver of Indictment (case opening) filed ☒ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☒ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ...... Plea of ☐ not guilty ☒ guilty ☐ nolo contendere to count(s) 1 of the information (indict, superseding indict, info)
- ☒ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☐ ...... Jury Selection set for _____ at _____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☒ ...... Sentencing set for 10-12-2017 at 10:00 a.m.  ☒ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s)_____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ ...... Bond ☒ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☒ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☒ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

**ADDITIONAL PROCEEDINGS**

☒ ..... Deft's oral motion  for an application for release pending sentencing pursuant   ☒ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion  to 18 U.S.C. 3143                                              ☐ granted ☐ denied ☐ advisement
☒ ..... Deft's oral motion  to admit M. Peerce Pro Hac Vice (Counsel will e-file motion)  ☒ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion  _____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion  _____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion  _____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion  _____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion  _____                                        ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____                                    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Deft _____ Motion _____                                    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____                                          ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Govt Motion _____                                          ☐ granted ☐ denied ☐ advisement
☒ ..... Finding & Recommendation on a plea of guilty                                      ☒ filed ☐ granted ☐ denied ☐ advisement
☒ ..... Sealed Document                                                                   ☒ filed ☐ granted ☐ denied ☐ advisement
☒ ..... Consent Form                                                                      ☒ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                                            ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____                                                            ☐ filed ☐ granted ☐ denied ☐ advisement

Notes: