UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2017 JUL 20 P 12: 38
US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA    :

v.                          :    CASE NO. 3:17CR 158 (RNC)

HOMERO GARZA                :

CONSENT FORM

The defendant, HOMERO GARZA, having applied for permission to enter a plea of guilty, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R.Crim.P., Rule 11.

CONSENTED TO:

DEFENDANT: _____  7/20/17
                                    Date

ATTORNEY FOR DEFENDANT: _____  7/20/17
                                    Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____  7/20/17
                                    Date