# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America, | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | **3:17-cr-00158-RNC** |
| Homero Joshua Garza, | ) | | |
| *Defendant* | ) | | |

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Homero Joshua Garza**

Date: **July 20, 2017**

**/s/ Marjorie J. Peerce**
*Attorney's signature*

**Marjorie J. Peerce**
*Printed name and bar number*

**BALLARD SPAHR LLP**
**919 Third Avenue, 37th Floor**
**New York, NY 10022**
*Address*

**peercem@ballardspahr.com**
*E-mail address*

**212-223-0200**
*Telephone number*

**212-223-1942**
*FAX number*

*Rev. 5/4/2011*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 20, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Marjorie J. Peerce
_____
*Attorney's signature*