UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| | ) July 13, 2017 |
| v. | ) |
| HOMERO JOSHUA GARZA, | ) |
| Defendant. | ) |

## MOTION TO ADMIT MARJORIE J. PEERCE
## PRO HAC VICE AS COUNSEL FOR DEFENDANT

Michael J. Grudberg of Tarter Krinsky & Drogin LLP, respectfully moves this Court pursuant to Local Rule 83.1, for an Order admitting Marjorie J. Peerce pro hac vice in this matter as counsel to Mr. Garza. Ms. Peerce is a member of Ballard Spahr LLP, and has been counsel for Mr. Garza for several years. I practiced with Ms. Peerce for over 20 years, before I left Ballard Spahr and joined Tarter Krinsky. Ms. Peerce's affidavit pursuant to Local Rule 83.1(d), dated July 13, 2017, is attached as an exhibit to this motion.

Respectfully submitted,

Tarter, Krinsky & Drogin LLP

By: _____
Michael J. Grudberg (ct23165)

1350 Broadway, #11
New York, NY 10018
Tel: 212-216-8035
Fax: 212-216-8001

# Exhibit

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| HOMERO JOSHUA GARZA, | ) ) | AFFIDAVIT OF MARJORIE J. PEERCE IN SUPPORT |
| Defendant. | ) ) ) | OF PRO HAC VICE MOTION |

STATE OF NEW YORK )
                          ss.:
COUNTY OF NEW YORK )

Marjorie J. Peerce, being duly sworn, deposes and says:

1. I am a partner at Ballard Spahr, LLP, 919 Third Avenue, New York, New York 10022, (tel) 212-223-0200, (fax) 212-223-1942, email: peercem@ballardspahr.com.

2. I am a member of the Courts of the State of New York, as well as the SDNY, EDNY and the Second Circuit. My New York State bar number is 1921683. I am also a member of the District of Columbia bar as well as a member of the Bar of the United States District Court for the District of Columbia. My District of Columbia bar number is 391625. I am admitted pro hac vice in this court in Securities and Exchange Commission v Garza et al, Case No. 3:15-CV-1760-JAM. I am not a member of any other courts.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4.  I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

6.  I designate Michael Grudberg as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

By: _____
Marjorie J. Peerce

Sworn to before me this
13th day of July, 2017

_____
Notary Public

PATRICK DEZIL
Notary Public, State of New York
No. 01DE6151546
Qualified in Nassau County
Commission Expires October 15, 20__