# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:17-CR-00158 |
| v. | |
| HOMERO JOSHUA GARZA, Defendant | August 14, 2017 |

## JOINT MOTION TO CONTINUE SENTENCING

The parties jointly request a continuance of the sentencing in this matter currently set for October 12, 2017. The parties make this request, in part, due to the various scheduling obligations of counsel in this matter. The parties respectfully request a continuance until January 2017.

    Respectfully submitted,

    DEIRDRE M. DALY
    UNITED STATES ATTORNEY

    _____/s/_____
    JOHN T. PIERPONT, JR.
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. phv07973
    John.Pierpont@usdoj.gov

## CERTIFICATION

I hereby certify that on August 14, 2017, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                              /s/
                                 JOHN T. PIERPONT, JR.
                                 ASSISTANT UNITED STATES ATTORNEY