# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:17-CR-00158 |
| v. | |
| HOMERO JOSHUA GARZA,<br>Defendant | November 30, 2017 |

## SECOND JOINT MOTION TO CONTINUE SENTENCING

The parties jointly request a continuance of the sentencing in this matter currently set for January 5, 2018. The parties make this request, in part, due to the various scheduling obligations of counsel in this matter.

        Respectfully submitted,

        JOHN H. DURHAM
        UNITED STATES ATTORNEY

        _____/s/_____
        JOHN T. PIERPONT, JR.
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. phv07973
        John.Pierpont@usdoj.gov

## CERTIFICATION

I hereby certify that on November 30, 2017, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/
                                JOHN T. PIERPONT, JR.
                                ASSISTANT UNITED STATES ATTORNEY