# Exhibit A[1]

---

[1]      It is our understanding that the following letter writers were advised that Josh plead guilty to fraud in connection with his operation of GAW Miners.

Christine C███████
██████████████

August 8th, 2018

Honorable Robert N. Chatigny
United States District Judge
District of Connecticut
450 Main Street – Room 228
Hartford, Connecticut 06103

You Honour,

My name is Christine C███████, I am a stay at home mom of four kids of whom I educate at home.  Although I am a homemaker, I have a Bachelor of Science in Geography from Sam Houston State University.  I am writing on behalf of Homero Joshua Garza, who has pleaded guilty to fraud in the virtual currency industry.

I have known Josh for over ten years, although we have not been in contact much for a few of those years.  I recently had the pleasure of visiting him and his family this past Spring, as I was driving through their area on a Sunday.  When I inquired about coming to see them, he and his family invited us to join them for church, which showed me his commitment to church fellowship.   My family accompanied them to the service which they have faithfully attended for more than two years.

 Afterwards they generously treated us to lunch, and I was able to observe their strong family connection.  It was evident through our conversation that Josh encouraged and supported his wife, Jessica, as she homeschools their children.  Their relationship was affectionate and secure, and by the way they interacted with one another it was apparent that she respected him, and he cared greatly for her.  His interaction with his children was refreshing to watch as he knelt to their level and listened carefully to all they had to share with him regarding their time in children's church.  He was kind and gentle, and even in moments when his children needed correction he showed them that he cared deeply for them.   In fact, a complete stranger approached our table to compliment the behavior of the children who were also engaged in meaningful conversation, and not kept amused by electronic devices.

In all of my experience of interaction with Josh, including the aforementioned visit, he has been family oriented, kind to all who are around him, and dedicated to the betterment of his community.  Thank you for your time.

Sincerely,


Christine C███████

L-1

23 July 2018

Honorable Robert N. Chatigny
United States District Judge
District of Connecticut
450 Main Street - Room 228
Hartford, Connecticut 06103

Your Honour,

My name is Carlos Garza of ███████████████. I own and operate a small business and am a
consistent member of Alcoholics Anonymous. I am the younger brother of Josh Garza and have
known him throughout my entire life.

I understand that Josh Garza has been convicted for criminal conduct and is awaiting
sentencing. I am writing to communicate who Josh has been to me and who I've witnessed him
being to others throughout my life knowing him.

Josh has always been a leader to me. When I lacked direction in my life Josh provided guidance
by sharing his experiences and encouraged me to face whatever I was dealing with and move
forward. Throughout my life I've dealt with addiction often betraying Josh's trust and I've always
found forgiveness and understanding from Josh. He's allowed me back in his home time and
time again, paid for rehabilitation, and provided a job so that I could work at becoming self
sufficient again. I've witnessed him do this for my brothers Shane Garza, Joseph Garza and
Josiah Garza. Also my sister Amaris Garza and parents Hope and Matthew Vowels. He's also
given former employees multiple chances to earn back his trust and attempted to mentor
through difficult times. Some of these employees are Luke Rusten, Steven Brown, and Grant
Christiansen. By watching Josh's example of leadership and  forgiveness it's helped me
become prepared as I deal with similar circumstances in my own life.

One of my favorite things to watch Josh become over the years is a loving husband and caring
father. We both lacked an example of a present father and a loving husband yet I've personally
witnessed Josh prioritize his children and wife over work repeatedly. He takes time to stop and
understand what his wife Jessica or children need from him. He is a provider in the monetary
sense but also leads his family giving them structure and clear communication of what he
stands for. He has always prayed with his family before each meal and I've known him to
schedule consistent date nights with his wife even after all the years of being married.

Lastly Josh is a Christian man that believes in a power greater than himself. He's been a
member of multiple Church organizations over the years contributing donations and time.
Specifically he funded a trip to Haiti donating computers to a local orphanage and teaching
classes while there. I've witnessed him grow as a man of God and he has consistently
referenced Biblical citing while attempting to help me get through rough times. I am very grateful

to have Josh have been a part of my life experience and wish only the best for him and his beautiful family. Thank you very much for taking the time to read this and for your consideration.

Best,
Carlos R. Garza

August 20, 2018

Honorable Robert N. Chatigny
United States District Judge
District of Connecticut
450 Main Street - Room 228
Hartford, Connecticut 06103

Your Honor,

My name is Jessica Garza, the wife of Josh Garza. I work alongside my husband on the family business, am a mother of three young children with one on the way, and a regular attendee at our local church. I have frequently volunteered over the years to teach young children at our church as well.

I would like to begin by stating I am aware of Josh's case and am aware that he is being convicted of criminal activity.

I have known Josh for 16 years. We got together when I was a sophomore in high school and he a junior. I remember the very first time I spoke with him that year and thinking he was not like the other high school boys at all. I was very drawn to his wisdom, maturity and love for others. Even as a teenager, he would so often put others' needs before his own. He would bring his youngest sibling, who was 7 years old at the time, with him to my house when we first started dating. At this age, most teenagers wanted to be as far away from their siblings as possible. But Josh has a true compassion for others and always had a desire to ensure his younger siblings felt loved and important, even if that meant bringing them with him to my house or even on dates.

At this age, you would often see his car packed full with his siblings as he would take them out to places and to have new experiences. Whether it would be to the mall, my house, church; Josh would always be seen taking care of them and giving them special attention. They did not have a good father figure in their life, and their dad had left them years prior, but he worked to try and fill in that gap. He should have never been put in that position, but nevertheless, he was more than willing to fill it and without complaint.

Through the years, he was always there for friends, family or anyone that needed help. It could have been in a monetary way, it could have been someone who just needed to be heard. Over the years, we have had several different family members and friends live with us at various times when they were in a time of need. He would never allow for someone to be without in their time of need. Any home we lived at, he would always want to have 1-2 guest rooms open for this exact reason. Josh wanted to ensure we had space for others when they needed it. And the guest rooms were certainly filled often because of his generosity. We have had my parents live

with us, several of his siblings and their significant others', close friends and even employees at times.

At one point in about 2008, Josh added a small apartment on to our home in Vermont to accommodate his brother when going through a difficult time. He did this because he wanted his brother to have a place to stay while allowing him his own privacy. His brother was going through a difficult period in his life at this point and Josh went above and beyond to make sure he was looked after and cared for.

His sister, the youngest of his siblings, purchased a vehicle that required numerous repairs. She was not aware of the repairs that needed to happen at the time of purchase as some details specific to her new car were not disclosed. Fearing for her safety, he immediately had the car looked at by a professional mechanic and paid for all the repairs necessary to make her vehicle safe again. His sister did not ask for him to do this, but he acted without hesitation because of his concern for her well-being.

Josh is also an exceptional husband. Josh had always supported my dreams and is a huge source of encouragement in my life and truly helps me to be the best version of myself. He does this by building me up as a person and making me feel like I can accomplish anything.

If I wanted to take college classes, he would support that and encourage it, if I wanted to start my own business, he would support that too. There was never a time he wasn't there for me and my dreams and he always wanted me to be happy. He would often encourage me to do things that I was passionate about. As a young mom, I would often be timid to try new things, but he was there to be a source of encouragement and confidence so that I would and could take that leap. Because of him, I pursued my passion in ballet and was able to perform in shows as an adult that I thought were long over from my teenage years. I took painting classes, continued my dance passion, and took many college classes for self improvement and education. Josh's encouragement really built me up to follow my passions and dreams.

Additionally, he takes special time out for each and every one of our children. They are all very different and have very different personalities and he works to foster each of their unique gifts. He spends time with each to have special bonding moments and character building lessons. He will teach them what it means to take the "high road" and how to love unconditionally. Because of these lessons, you will often here our children talk amongst themselves and ask the other whether they are taking the "high road" during a dispute.

You will often see our 10 year old emulate many of these teachings that Josh has taught him. For instance, our oldest would do simple but profound things like giving up the biggest piece of cake if his sibling wants it, or the best chair so someone else can sit there. He will constantly ask both Josh or myself if we need help with anything; whether it is taking groceries out of the car, cleaning up the table, etc. Anytime we pass a homeless person, he always makes sure we give them something, whether it is food or money. And, if we do not have food or money on us

at the time, he knows to pray over them instead. Our oldest will never pass up a person in need, just like my husband Josh. Our children have exceptional, above average character and I attribute much of this to my husband's teachings and the special time he takes out to spend with each of them.

Josh has also always been very active charitably. There are so many things that Josh has done that I am so proud of. One specifically I would like to share in this letter was his trip to Haiti. In 2009, he helped organize a trip to Haiti with the specific mission of helping a school with their technology and teaching those children how to correctly use it. Computer's are not abundant in Haiti and most people there have never touched one. He purchased dozens of computers and built a computer lab in a very poor school in Haiti. He organized educational classes to teach every adult and child in that school how to use those computers. After his return home, he received dozens of letters in the mail from those children thanking him for the way he had impacted and changed their life. He gave them an opportunity for a better future because he took the time and money to invest into their lives.

There is also a charity called Teen Challenge, which is a Christian-based recovery group that helps those that are suffering from addiction. Addiction has always been near and dear to his heart because of family members who have suffered from this illness. Josh sponsored many people, anonymously, to experience and complete this program so that they can lead successful lives, free from the addiction that once tormented them.

In 2012, our church was very active with Operation Christmas Child. This is an organization that collects shoeboxes filled with toys and necessities for children in less privileged situations and countries. Josh was instrumental in helping to organize and gather these gifts before the shipment deadline.

In about 2013, a woman recently had become a widow at our church. She unexpectedly lost her husband in a devastatingly quick way. She was in the middle of remodeling her house when this had happened. To help a grieving widow, Josh and the Bible study group we were leading went to her home to help her finish much of the repair work. Even though repairing her home would not bring her husband back, it was a gesture that she was not alone and to help her take some of that cost and work off of her hands. This was all done under Josh's guidance and leadership.

Josh had always been and continues to be a very hard worker. He goes above and beyond to take care of myself and children. I have never seen or met someone with so much drive to care for others in my entire life. There were various points in our life where we did not have much, but he would never give up and keep pushing forward. He has a drive to want to provide and do his very best and he does not rest until that is achieved. He will work day and night to ensure our family has the necessities we need; food, clothing, a roof over our head, and the ability to pay our utilities. There were other times in our life (pre-GAW Miners) of greater prosperity, and in those times, he would never keep it all for himself or for only our family. He used our times of prosperity to bless others with and to share with. Whether it would be helping others with money

to help them pay for their own bills, repair their vehicles, a place to stay, or a listening ear. The things he would do for others was never for attention or recognition, but from a place of pure, humble character and a simple love to help those in need.

One year, in about 2011, there was a friend who wanted to take a mission trip to Africa, but came up short on raising money. This trip was incredibly important to him as he was planning it for quite some time. Josh stepped in to fill the gap on money so that his friend could complete his dream of helping people in Africa. He was able to attend this mission weeks later because of his generosity. Josh has never asked for attention nor wants the spotlight when helping others. He has so often given to others anonymously because he just wants to help. He has been this way since I've known him and is still this way today.

Your honor, Josh is incredibly unique and special. There are not many people who will make the sacrifices he does to help others. His generosity runs deep and has has a great capacity for unselfish love. He has always and continues to extend his reach to others and always has his metaphorical door open.

I thank you for taking the time to read my letter and the opportunity to show and illustrate my first-hand experiences with Josh.

Warmest Regards,

Jessica Garza

07/04/2018

Honorable Robert N. Chatigny
United States District Judge
District of Connecticut 4
50 Main Street – Room 228
Hartford, Connecticut 06103

Your Honor,

I am writing on behalf of Homero Joshua "Josh" Garza prior to his being sentenced for criminal
activity to which he has pled guilty.

My name is Alan H██████. I am Josh's father-in-law and have known Josh since he was 17
years old. Josh lived in my house for over a year when he was a senior in high school and after
his graduation. I am a retired grocery executive having spent the last 40+ years running a large
grocery company in various capacities from store management to VP Operations.

When I first met Josh I was struck by two things I knew almost immediately. First was his deep
Christian faith that he holds dearly and with solid conviction, Second was his complete and
unwavering honesty about anything we have ever spoken about. I believe this assessment of
him is as true today as it was then.

I have through the years watched Josh grow into a business man, start his own companies,
become an asset to his community and church, marry my daughter and become a father. Josh's
commitment to each of these milestones in life have always been tempered by his Christian
faith and values.

I have watched Josh grow as a businessman from starting a computer company in my
basement to securing a store front location at age 19 to a main street presence in the
community he served and beyond. I observed how much fun his employees had and how they
enjoyed their work. He treated everyone in his company with respect while expecting high
standards from them. All of his employees seemed happy to provide the best service possible to
their customers and found job satisfaction in a fun environment. Josh would have events such
as family picnics and holiday parties for his staff several times a year as a way of expressing his
appreciation to their contributions. I recall a specific occasion during December when Josh gave
a significant Christmas bonus to each of his employees. This was unannounced and
unexpected by his staff. As best I can recall, he had a staff of 15-20 employees at that time and
each of them received $1000 bonus regardless of their rank in the organization. Josh valued
each person the same.

Another example of Josh's generosity and concern happened to me in the summer of 2015. I
became quite ill and was unable to care for myself for over a year. I had been recently

L-8

diagnosed with skin cancers and had crippling arthritis to the point of being unable to walk except very short distance, 25 feet or less and unable to lift and hold anything heavier than a book. Josh sent me a plane ticket to relocate from my residence in Texas to his house in Vermont. He had a bedroom prepared for me before I arrived. I was seeking medical care taking over a year to recover while at his house. It was his concern and generosity that helped me through that difficult period.

Josh has always been active and supportive of his church. I recall when he had life group meetings in his house every week. He would podcast these meetings so anyone unable to attend could still participate by video. This was around 2012-2014 as I recall. I was never able to attend due to living far away but have seen some of the podcasts. He had a group of about 20 people every week talking about the gospel and how it was relevant in their lives. They would pray and just have a nice evening of fellowship. I know he financially supported the church he was a member of as well. He was very generous in his financial support but always did this privately. I never knew how much money he gave because he didn't do it for accolades or praise of his generosity. He did it because he believed it was the right thing to do and wanted to help. I was told once by a very reliable source that he made a donation of $50,000 to his church to help launch and finance the mission of the church. His Pastor at the time asked Josh to go into the ministry of that church. Though I believe and know Josh wanted to do this he was unable to commit fully due to his business and time constraints.

His activity and involvement in his church was also spread internationally.On behalf of a small church in Vermont around 2008 or 2009, Josh traveled to Haiti with his pastor and some of his company technicians and engineers to set up a computer lab at an orphanage. This was all done at Josh's expense including computers, travel, furniture etc. He and his companions remained in Haiti for a couple of weeks setting everything up and teaching the children basic computer skills.

As a family man Josh is teaching his three children the value of his faith and Christianity. He always reserves Sunday for church and bible school for the children. They pray together as a family every night of the week. This is an important daily event for him and his family. It strengthens his family and the bonds of love they have for each other. After prayer they talk, laugh, play and just be a family. It's a wonderful example of the importance of his family in his life. His oldest son is already a businessman at age 10, emulating everything his daddy does including wearing a matching suit and tie.

Josh's concern and generosity extended to the community he lived in. He would quietly help people, not seeking recognition for it. I recall a specific case in 2004 or 2005 when he help a young cancer patient. A young girl about 10 or 12 years old with terminal cancer  living with her parents in rural Vermont was only able to access dial up internet. There were no other options available. She used Skype and other video platforms to keep up with her extended family and

friends which is not very well supported by a dial up internet. Josh, quietly and at his own expense built a high speed internet service for her with full access at no cost to her family.

I have always known Josh to be an intelligent, caring, honest, loving family man who is deeply involved in his Christian faith, church and community. He has demonstrated this to me on countless occasions. His core values have not wavered or changed but have matured, since I first met him as a teenager in 2002.

Kind regards,

Alan H

08/19/2018

Honorable Robert N. Chatigny
United States District Judge
District of Connecticut 4
50 Main Street - Room 228
Hartford, Connecticut 06103

Your Honor,

My name is Jeannine H██████. I am Homero Joshua "Josh" Garza's mother-in-law. I am writing on behalf of Josh knowing he has pled guilty to charges against him. I have known Josh for 16 years. I am a wife and homemaker who chose to stay at home to raise my children.

I have seen Josh as a wonderful husband and father. In my experience with Josh, I have seen him being very loving and an attentive husband to my daughter. He is a very good provider for his wife and his children. He is always striving to be a good example for his children as well as to people he works with and people he knows in the community.

Over the years, Josh has been very generous to me and my family. He has always been there for me when I needed something. Josh took me and the family to Hawaii one year as this was a trip of a lifetime. At the time, my husband was overseas and my youngest daughter and her husband were struggling with a small family and going to school full time. This trip offered a wonderful respite for all of us during trying times.

I have known Josh to always be respectful and very polite. He is kind to everyone he meets and is concerned for everyone he meets. We were living in Wardsboro, Vt at the time a car slid off the road and overturned in the snow in front of us. He didn't hesitate to jump out of the car to rescue the people in the car. He didn't know the people involved but his concern for others compelled his behavior. He instinctively reacted because of a situation that required the help of someone and professional help was not readily available. This is the kind of commitment he has for others in any situation.

Josh has always had a deep christian faith. He would always be at church every Sunday. He would host prayer meetings at his house. He and my daughter and their children pray every single night together. He is and always has been very active in his church. His Christian belief is at the core of everything he does. Whether it's his private life or public life, these values are always evident.

Sincerely,

Jeannine H██████

L-11

Dear Honorable Robert N. Chatigny:

My name is Ashley L███████. I am a registered nurse in the state of Texas. I am 26 years old, and have known Mr. Josh Garza since I was only ten years old. He is my brother by law, though I have known him long before he became so.

When I was younger, Josh was always kind to me and I never knew him to do anything with malicious intent to myself or anyone else. He lived with my family during his high school years. There, he had his own start up business that he ran with some of his friends from an office in our basement in Vermont. His business quickly grew through the years and he became well known throughout town. I always remember him being active in the community and giving back to the people whenever he was able to. I had seen him donate to numerous charities online during this time.

After about five years, I moved to Texas with my parents.  Josh had stayed in New England with my sister, where they both expanded their business and continued to be active within the community. I became a young mother, myself, at the end of high school. I struggled to remain dedicated and focused in school while raising my baby daughter, but Josh always offered help if I needed it. He was very generous and made sure that I knew his door was always open. I graduated high school and still struggled through odd jobs when I finally made the decision to go to nursing school. Again, numerous times I was offered assistance should I need it. With the support, guidance, and reassurance I got from my family, including Josh, I was able to graduate from nursing school and became a registered nurse in May 2017.

I am aware that Mr. Garza has been convicted of criminal conduct. However, over the course of the last 16 years, I have seen him grow as a person; from a young high school student

to the entrepreneur and dedicated family man he became. He has always done everything in his power to take care of his family, whether it be my sister (his wife), their three children, his own brothers, sister, and parents, or any extension of his family. He still does take wonderful care of his family, putting their needs before his own. He is a man who has fallen upon unfortunate circumstances but I believe he is doing what he can to rebuild and make the best of what he has been dealt at this time.

Sincerely,

Ashley L███████

August 17, 2018

Steven █ M███████

RE: Josh Garza

To: Marjorie J. Peerce, Esq.
Ballard Spahr, LLP

Ms. Peerce,

The purpose of this letter is to provide a character reference for Mr. Josh Garza whom I have known as I friend and professional associate for over ten years.

I first met Josh as a provider of wireless broadband services to our area of Vermont as part of a grant written by my partner and I to provide these services to our little town. Josh's company, *Great Auk Wireless* (GAW) later purchased the company that first provided the town's wireless broadband, *Island Pond Wireless*.

Josh was a very young man at the time and he was struggling with the growth that inevitably accompanies business acquisitions. After learning that I had experience on these and other business-related issues, Josh asked me for businesses advise, mostly related to human resource issues. Seeing this as an opportunity to help a young man with obvious potential for our community and beyond, I was more than happy to accommodate. He was trying very hard through his company to provide a service to our community that was badly needed and posed a number of technical challenges.

Through all of this, I had come to find Josh as an intelligent, responsible businessman with great potential and keen insights, but with many of the challenges that accompany someone of his age and experience. I became his confidant on some business issues and, I believe, his friend.

After meeting with Josh on several occasions, *GAW* hired me to provide some specific human resource functions such as compiling an employee handbook, performing staff training and other critical staffing functions, including payroll and performance review.

Due to this relationship, I believe I can provide some insight to Josh's demeanor. Josh was always more than willing to please the customer, sometimes to the detriment of the company and there were times when others saw the chance to take advantage of his generosity and of his willingness to please.

After I had a illness in 2009 it became obvious that I would not be able to fulfill my human resource obligations in the short term. Josh and I lost touch and communication became infrequent, however, I had always found Josh to be hard-working and loyal. Such are my memories of him.

Sincerely,



Steven █ M█████

Eddie █ M

August 3, 2018

Dear Honorable Robert N. Chatigny

My name is Eddie █ M███████. I am a Husband and father of 4 children. I work at ████ ██████████ in ████████████ for over 2 years, as a coating supervisor. Me and my family attend ████████████ Church in ████████████████████. My wife volunteers with the ████████████ there, and I volunteer as an usher.

I met Josh Garza around october in 2013 at a bible study group at one of the pastors home, they called them Life Groups. These events are normally done a few times a year, which 10 to 15 people attend. At the time I met Josh and his wife Jessica. I was going thru a really hard time. I was unemployed at time with 1 car that was breaking down on us, which made it difficult for us to bring our kids to school and appointments and such. So we missed a couple missed a couple Life Group meetings because of the car situation. So Josh was asking why wasn't I attending to group and I said we were having car problems. Few days later he calls me up while he's sitting in front of my house and tells me to come outside to the front. So me and my wife go to the front and there he was to surprise us with a new Ford Explorer!. That day made us feel so happy that me and my wife cried with joy, wow! What a blessing that was. It's amazing how God works. At the time I just wanted to give up on life. Josh truly brought the good out of me and my family. He's always helping people, for instance there was an older lady from the church that was going through a rough time her husband had passed away. He was remodeling the basement for her business but it never got finished, so Josh paid for it to get finished. After the Life Group we were attending Josh volunteered to have one at his house. We had the biggest group ever in our church, there was around 30 people. Also he provided me with employment doing shipping and receiving and then promoted me to warehouse manager. I worked with him for about a year. There was a lot of great things he did for me, and a whole bunch for other people. I can honestly say that working for him was the one of the best times in my life. If you needed help with anything he was always there no matter what. One time I had to go to Florida to my father's wedding and I didn't have enough money to go with my entire family and he made it possible for me to go. He would have all employees cars detailed car washed  like once a month. Also he would be involved in Christmas shoe box for kids who were less fortunate to receive gifts from all over the world, he always has been generous with the church and others. From what I experienced and seen from him is that he is a very spiritual man and family oriented. He's very inspirational.

Yours Truly
Eddie ▮ M▮▮▮▮▮

Dear,

Honorable Robert N. Chatigny

United States District Judge District of Connecticut

450 Main Street - Room 228

Hartford, Connecticut 06103

My name is Ally P████████. I live in MA and have known the Garza family for about 3 years. Our kids attended the same school approximately between 2013-2015.

During this time our kids became good friends and so during school events and play dates we got acquainted with Josh Garza. Through out our friendship we witnessed Josh be a great father to his children and a good family man. He was there for his kids in everyday life, often dropping them off or picking them up from school. He was there for many of their soccer practices and or games. He was very friendly and took the time to get to know people and spend time with them.

Though I do not know about any details of his case, I am aware that Josh is being convicted of criminal activity.

Thank you for your attention.

Ally P████████

07/17/2018

Honorable Robert N. Chatigny
United States District Judge District of Connecticut 4
50 Main Street - Room 228
Hartford, Connecticut 06103

Your Honor, I am writing on behalf of Homero Joshua "Josh" Garza prior to his being sentenced for criminal activity which he has plead guilty.

My name is Corey R█████, I'm a long-time friend and former employee of his company Optima Computers. I met Josh 12 years ago at a Radioshack in Brattleboro, Vermont. I had been working there about to close up when he came in and left with a bag full of equipment he certainly did not plan to buy. He was impressed with my passion for sales and saw potential enough to hire me later that week to run retail operations for his computer store down the street.

Josh spent the next three years showing me how to reach my full potential. He taught me to to take my time, prioritize my tasks, and value relationships. He became like a big brother engraining himself in my world by hiring my friends and treating my mother like she was his own. The opportunity gave my life purpose at a time where I was trying to find myself after bouncing around from job to job barely scraping by, this allowed me to learn the professional skills I needed to propel forward.

Josh had a great company culture! Everyone who worked there got close because we always had fun things to do outside of the office. The company had a Soccer team, Paintball team, he'd cater surprise lunches from Top of the Hill Grill down the road, we'd go to the movies on Josh's dime, and everyone loved Christmas parties at his house. We all had a great boss and generally liked the work we did so life seemed simple enough.

I was fired after three years for disrespecting my coworkers as my personal relationship with Josh lead me to believe I could do anything I wanted at the company, I was wrong. When I approached Josh the day I was fired, he looked me in the eyes and said "What do you want me to do? You have to treat people better." I called him crying later that night pleading with him to just fix it, I would never do it again. Josh explained my actions and the reasons I needed to learn this lesson, and I'm thankful to have gone through it to this day.

No longer boss and employee, the brotherhood remained to the point where he and his family joined mine for Thanksgiving, I'd spend Christmas night at his house, he and his wife took my mother and I out to celebrate my mother's birthday. Josh would check in with me to make sure I was doing well, still teaching lessons about family, money, friendship, he never really let me go.

One year I asked Josh if I could spend my birthday at his house because it was Summer, and he had a swimming pool. I arrived at his house a couple days before my birthday so we had time to catch up, I had explained to him that I wished could spend my birthday with all of my friends and family but was happy to see him. Josh and his wife Jessica spent the next two days getting my friends and family together for a big pool party – I was completely surprised. My Grandfather and Uncles were there, my girlfriend and friends from Boston, my childhood friends from an hour away, it was an amazing gesture.

A final moment I want to share, and it is one of the most unforgettable. When his daughter was born he made it a point that I attend her first birthday party. He had always been a great father to ██ and ██████, but he seemed different with ███. He was so excited about throwing her a princess party, we woke up early and made sure everything was perfect. The moment came when the photographer setup for a family photo, they began to take a few with just the five of them. Josh stopped the photographer after just a few pictures, walked over to me, and brought me into the family photo. Josh had always felt like a brother, but at that moment he made me a true part of the family.

He is overwhelmingly loving, brutally honest, and a true mentor.

Best,

Corey █. R██████

Honorable Robert N. Chatigny
United States District Judge District of Connecticut
450 Main Street - Room 228
Hartford, Connecticut 06103.

Keith R

To the Honorable Judge Robert N. Chatigny,

My name is Keith R████ and I have known Josh Garza since 2010.   We originally met when he was looking for a CTO to run his wireless network.  When I was first hired I did not have a place to stay locally.  Josh was nice enough to let me stay with him and his family until I found a permanent place to stay.   While staying with him he took the time to help me not just professionally but also helped me personally by being there to listen to my problems and offer very sound advice.  I was able to work through a lot of those problems with his help and for that I will always be thankful. I have nothing but the utmost respect for Josh.

Josh has always been has been very helpful over the years to many people.  He is a philanthropist, great leader and awesome person.  He has always looked out for the interests of other people.  I remember him going to Haiti after the Earthquake of 2010 and helping so many get back on their feet.  He was so happy to be able to help people that could not helps themselves.

I am aware that there is a Federal case against Josh and he is being convicted of criminal activity.  I wanted to send you this letter so you can know that Josh is a good person and has been an integral part of my development both personally and professionally.  I would not be where I am at if it were not for his kindness and tutelage. Please let me know if you have any questions.

Thank you,

Keith R████



from the desk of

# MIKE
# S

July 12, 2018

Honorable Robert N. Chatigny
United States District Judge
District of Connecticut
450 Main Street - Room 228
Hartford, Connecticut 06103

church physical address



church mailing address

church office address



tel
fax
web
email

Hi, my name is Mike S███████. I serve as the founding and lead pastor for ████
Church in ████████████ - a church of about 800 people. I am writing knowing Mr.
Garza has been convicted of criminal conduct.

Josh, his wife Jessica, and their three children (██████████████) began
attending ███████ in 2014 and attended ███████ for approximately 2 years. During
his time with us at ████████ I found him to be both kind and generous.

For example, every year around Christmas we raise money to give to missionaries,
church planters, local Christian charities, etc. Though Josh and Jessica had only
recently began attending our church, they cut a check for $25,000 for this special
annual offering, above and beyond their regular giving. This was by far the largest gift
we received of the 800+ people that attend our church.

He and his family supported our mission of making disciples by serving and giving
and they participated in small group Bible study throughout the week in both 2014
and 2015.

I started getting to know Josh on a more personal level when he was accused of
fraud relating to his operation of Gaw Miners. He reached out to me and asked to
begin meeting regularly, which we did. I gave Josh godly counsel which he was very
receptive to.

Even when going through this difficult time, at my request, Josh offered to help me
learn how to scale the operations of our church for growth, the same way he had
scaled his various businesses for growth. He was only more than willing to help any
way he could.

If answering any questions you might have would be helpful, feel free to contact me.

Sincerely,

*Mike*

Michael S███████
Lead Pastor
████████ Church