# Exhibit B

Dear Judge Chatigny,

I am writing this letter so you know, in my own words, my acceptance of my conduct at GAW Miners, a little of my upbringing, my prior work experience and where I am today. Most of all how truly sorry I am to those I have hurt.

I grew up with four brothers and one sister, of which I am the eldest. Technically, I am the only one with a different father. My biological dad and mom were only romantically together at a young age and is when my mom conceived me. Afterwards, she met, who I consider my dad, Carlos and that's really the only dad I ever knew.

Right after I was born, he adopted me and had a new birth certificate issued. Unfortunately, I was not his biological first born and grew up with an experience I would never wish on anyone. Most of my childhood, from as far back as I can remember, I spent alone or hiding in a place I thought would be safe. This is why I spent so much time to myself and ultimately where I gained an interest in computers and technology and why I spent so much time learning about it.

We grew up very poor and often lacked basic things like food and utilities. I remember my mom making difficult decisions about which bills to pay and what utilities would be shut off. There were other times where people from church would drop off necessities like detergent when we didn't have any. We were often very reliant on other people and their generosity. My mom did her best to bring us up in our church and in a Godly environment, despite what was happening with my dad, and had always kept us in church.

During the years after my dad had left, I stayed interested in technology and tried to help my mom however I could. She was diagnosed with Hepatitis C and I would come home to her unconscious and not being in any position to care for us. I would often have to try and step in and do the caretaking as best I could for my siblings and I. This went on until I finally moved out of the house. She really did try her best, but we were just often without a caretaker during these years. I struggled a lot in school which became a self perpetuating cycle. I had believed and didn't think I was very smart because my dad made sure I knew I would never amount to anything. I often felt that I didn't really have a future. I had struggled so much that I didn't really apply myself in my studies or my homework. This cycle just perpetuated over and over throughout most of my education. It wasn't until Middle School, where I was tested and was discovered that I scored exceptionally high in many areas. I finally felt that maybe I could have a different future.

My wife's parents invited me to move with them to Vermont for a fresh start. During my Senior year in high school, one of the first things I did was offer to repair other students' computers. It was a very small high school, so word quickly got around that I could fix and repair computers. That was one of the first things I remember doing in the business world, helping people repair their computers. It was fun and exciting and allowed me to gain confidence that I had a true talent and could possibly do something with it. I started to become more interested in running my own business where eventually a friend of mine and I began in the basement of my, now wife's, families' house where we would eventually grow to get an office lease and open our first

1

store front. I had always had a job and worked hard to provide for my family. I was 18 years old when we opened our first store and was very proud of it. We started with very little and didn't have money to advertise and our first sign was hand painted, and the majority of our business was word of mouth. But through hard work, that is how the first business I started took off.

Over the years, after my first company grew and was responsible for multiple employees, I began other technology companies too. Throughout my 20's, I had built several business that focused particularly on using my IT and Internet talents to create products that helped people and businesses in their daily lives. This had always been my true passion. We brought broadband to rural communities, security, phone, business and IT solutions to so many; people and businesses alike.

At age 29, a few of us started GAW Miners which lasted for about 9 months. I had never been involved with cryptocurrency before, and while the company started with a legitimate purpose, it was not long before the thought of the financial freedom began and ultimately turned into greed. That greed turned in to poor personal and business purchasing decisions; like spending unnecessary money on a private flight with our management team to a conference and even large bonuses to myself.

I began to make decisions that put my needs before our customers, like making announcements that were not true. Customers trusted me to steward their money and I betrayed that trust. There is so much I am sorry for, but most of all, I was in a position to make sure that they were protected and instead I did the opposite of that. I was selfish and greedy and didn't exercise what I could to turn things in a different direction. What happened at GAW Miners, in every way possible, was out of character and not consistent with my prior career path.

I am truly sorry, and while I know that words do not encompass nor do they create any level of restitution, I am truly sorry for the pain I have put so many people through. I put myself before others, I was blinded by selfishness and greed and there is really no excuse for my actions. There is not a single excuse I can offer.

It was not long before the company started to run out of money, I thought I could fix it. I started liquidating assets and putting funds back into the company. It quickly became clear that my efforts were not enough. The business failed, many people were hurt and my family was left with nothing. We moved back to Vermont from Connecticut with Jessica's family. We had significant debt and recurring payments with no more income and we finally ran out of money. My wife and I legitimately reduced the amount of meals we had per day because we wanted the food stamps we received to go towards our children. It was not long before we had to sell our home, my wife's wedding ring, most of our furniture, etc.

We couldn't afford to stay in New England so we moved closer to family. We rented a van and drove in without a bank account, and the remaining possessions we had left. We could only afford to rent a house on AirBnB, but eventually couldn't pay to stay and had to move again.

2

Our financial circumstances continued to worsen, and as a result, we had to ask our family for financial assistance. On a particular occasion, when our financial situation was at its worst, I called and begged my mom for help. After a few days, she told me she could not help. The next day I was awoken by a call from my brother telling me she had passed away due to an overdose of medication. To this day, I replay our conversation in my head and still wonder what would have happened if I had not put so much pressure on her. This is something I will always struggle with for the rest of my life.

It was then I finally knew I could no longer sit around feeling bad for myself and I finally knew that I needed to rebuild so I could take care of my family and to make right to all those I had not been honest with and harmed.

All of this has humbled and changed me in drastic ways. The situation with GAW Miners has made me a better husband, father, friend, and employer and has allowed me to understand the consequences of my actions. Afterward, I was in a position of great humility which allowed me to evaluate my life from a perspective I had never done before. This is what lead to starting a new company with my wife as an equal partner and mutual respect; something my wife had been patiently waiting for and supporting me to do for years. I now serve in a vital role that has helped build an incredible idea into a great company. A company that helps others and has allowed me to be in a position to begin the much needed repair for all those that were previously affected.

It has also allowed me to understand the depth of the responsibility I have as a father and the role model I must be for our unborn child on the way and our 3 children at home. My behavior at GAW Miners has allowed me to teach them, as ashamed as it made me, the importance of never compromising their integrity, always being honest, and admitting when we don't have the right skills or experience. But, more than anything, the effort necessary to relentlessly work hard and to make restitution to those harmed by my actions.

I understand more so than ever, the real affect my actions had. It genuinely breaks my heart to know that there are people in helpless positions that they can't get out of. There are people whose entire life had been altered because of my failure to do what was right and my wrong conduct. I know that feeling of despair and financial desperation because of what my own family went through. Reading people's individual stories and seeing it in their own words really breaks my heart and makes me that much more determined to make things right for them. One day our children will be old enough to understand everything that's happened and I want to model what it means to take responsibilities and work to make amends to those you have harmed.

I know I've caused people a great deal of harm and pain. There is not a single excuse I can offer. The only thing I can offer is a willing attitude and heart to try and to make things right. I also know that I can not turn back time, or even expect forgiveness. If given the opportunity, I will continue to grow my company to start repaying the victims and make restitution.

Thank you for taking the time to read this,

Josh Garza

3