UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
              :
UNITED STATES OF AMERICA,         :
              :
              :
    vs.              :    3:17 Cr. 158 (RNC)
              :
HOMERO JOSHUA GARZA.         :
              :
    Defendant.          :
              :
              :
-------------------------------------------------------------X

## **MOTION TO EXTEND VOLUNTARY SURRENDER DATE**

The defendant, Homero Joshua Garza, respectfully requests that the Court extend his voluntary surrender date to the federal correctional facility designated by the Bureau of Prisons, currently scheduled for January 4, 2019, to April 4, 2019.

The reason for this request is to provide Mr. Garza with additional time to prepare his business to operate in his absence, during his period of incarceration. As set forth more fully in our sentencing submission (ECF Dkt. No. 34), Mr. Garza began this venture in the spring of 2017, and has succeeded thus far in growing a business that generates sufficient income to support his family. While his wife, Jessica, assists with the day-to-day operations, it is because of Mr. Garza's expertise that the business is able to succeed. Moreover, Mrs. Garza is due to deliver their fourth child on March 28, 2019, so after that date her ability to assist in the day-to-day activities of the business will be restricted as she cares for all four children. Accordingly, prior to beginning his term of incarceration, Mr. Garza hopes to have made all possible arrangements so that the business will be able to sustain itself and be viable upon his release from prison.

Mr. Garza has worked diligently since his sentencing date to make appropriate arrangements for the business. Thus far, Mr. Garza has undertaken significant steps to set up the

business in a manner that he hopes will support his family while he is incarcerated. He believes that, if the Court were to provide additional time to surrender to the Bureau of Prisons, he will be able to make additional arrangements, including, but not limited to, continue to hire and train skilled employees and develop the technology for the business to hopefully grow in his absence. Mr. Garza's concern is that without taking these additional steps, by the time he is released from custody, he believes the business will be baseline, or may have floundered or even folded altogether. As was indicated in his letter to the Court in anticipation of sentencing, it is his intention to use the proceeds from this business to make payments towards his restitution obligations. ECF Dkt. No. 34-2 at 2.

We acknowledge that the Court has already provided Mr. Garza with a longer period of time than usual to surrender to the Bureau of Prisons. Nevertheless, we respectfully submit that this situation is unique, insofar as Mr. Garza is hopeful that with an additional three months he will be able to position his business in such a way that, upon release, he could pay more than $1,000 per month towards his restitution obligation, which reflects the current schedule ordered by the Court.

I have discussed this request with Assistant United States Attorney John Pierpont, who has authorized me to advise the Court that the government takes no position with respect to this application.

For each of these reasons, the defendant respectfully moves the Court to extend his voluntary surrender date to April 4, 2019.

Dated: New York, New York
       November 30, 2018

                                        BALLARD SPAHR LLP

                                        By:  /s/ Marjorie J. Peerce

Marjorie J. Peerce (*pro hac vice*)

1675 Broadway, 19th Floor
New York, NY 10019
Tel:  212-223-0200
Fax:  212-223-1942
peercem@ballardspahr.com

*Attorneys for Defendant Homero Joshua Garza*