UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:17-CR-00158-RNC |
| v. | |
| HOMERO JOSHUA GARZA | December 17, 2018 |

### GOVERNMENT'S MOTION FOR ENTRY RESTITUTION ORDER

The Government respectfully requests that the Court order restitution to the victims of this matter pursuant to the terms of the plea agreement (Doc. No. 4), as well as 18 U.S.C. §§ 3663 and 3663A. Attached to this motion is a Proposed Order of Restitution as well as Schedule A, which details the names of the victims and their respective losses for the Court's convenience.

The defendant's plea agreement requires that he pay $9,182,000 in restitution. (Doc. No. 4 at 2.) As explained at sentencing, this number was drawn from a database maintained at the defendant's company during the course of operating his business that tracked moneys his companies paid and received. In connection with its obligations under the Crime Victims' Rights Act, 18 U.S.C. § 3771, the Government reached out to every victim and potential victim it was able to identify during the course of its investigation. Only hundreds of victims responded to the Government. Of those hundreds, only 110 submitted a claim for loss.[1] Those victims,

---

[1] To ensure the validity of a victim's particular claim, the Government required that the victim provide their full name and address as well as all supporting documentation they had that tended to verify that they lost what they claimed to have lost.

1

their addresses, as well as their loss amount are attached hereto in Schedule A.[2]  The losses suffered by the victims willing to come forward total $3,640,762.75.

As the facts of the case do not provide a basis for a different payment schedule for each victim pursuant to 18 U.S.C. § 3664(i), the Government respectfully requests that as the defendant makes restitution payments that they be disbursed to the victims listed in Schedule A through a pro rata distribution.

Finally, with respect to the Proposed Order, the Government notes the following:

1) The Government understands that some of the victims in this matter are pursuing a civil remedy via federal lawsuit against an individual other than the defendant for losses suffered as a result of the same scheme in this matter.  To the extent that any victims recover in this civil lawsuit, the Government understands that defense counsel will notify the Government and/or probation, and – if appropriate – the parties may seek to reduce the restitution amount sought by any particular victim that has recovered from the federal civil proceeding pursuant to 18 U.S.C. § 3664(j)(2)(A).  In the attached Proposed Order, the Government included language that allows for this possibility under Section I.A.

2) With respect to the timing and method of payment, the Court ordered the following in its Judgment under the section entitled Supervised Release:

> "The defendant will pay the restitution imposed by this judgment in a lump sum immediately.  If he is unable to pay the full balance in a lump sum, any remaining balance will be paid at a rate of not less than $1,000 per month.  The monthly payment schedule may be

---

[2] Per Rule 57(b)(4)(a) of the Local Rules of the District of Connecticut, the Government respectfully requests permission to file Schedule A under seal as it contains personally identifiable information of the victims in this matter.  The Government is publicly filing a redacted Schedule A attached to this Motion.

      adjusted based on the defendant's ability to pay as determined by the United States Probation Office and approved by the Court."

*See* Doc. No. 46 at 2 (Judgment).  The Government included this language in the time and method of payment section in the Proposed Order

Accordingly, the Government respectfully requests that the Court accepts the Proposed Restitution Order and order distribution of the $3,640,762.75 to the victims in the amounts described in Schedule A.

Counsel for the defendant has no objection to this motion.

      Respectfully submitted,

      JOHN H. DURHAM
      UNITED STATES ATTORNEY

          /s/
      JOHN T. PIERPONT, JR.
      ASSISTANT UNITED STATES ATTORNEY
      Federal Bar No. phv07973
      John.Pierpont@usdoj.gov
      157 Church Street, 25th Floor
      New Haven, Connecticut 06510
      Tel: (203) 821-3735

## CERTIFICATION

I hereby certify that on December 17, 2018, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            /s/
                              JOHN T. PIERPONT, JR.
                              ASSISTANT UNITED STATES ATTORNEY