Restitution Order Schedule A
United States v. Garza 17-CR-00158-RNC

| First Name | Last Name | Address 1 | Address 2 | City | State | Zip | Country | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ 983,200.57 |
| | | | | | | | | $ 313,206.84 |
| | | | | | | | | $ 225,736.25 |
| | | | | | | | | $ 159,883.00 |
| | | | | | | | | $ 157,357.72 |
| | | | | | | | | $ 140,000.00 |
| | | | | | | | | $ 125,000.00 |
| | | | | | | | | $ 73,325.39 |
| | | | | | | | | $ 48,161.00 |
| | | | | | | | | $ 47,339.68 |
| | | | | | | | | $ 46,311.45 |
| | | | | | | | | $ 40,076.73 |
| | | | | | | | | $ 37,116.16 |
| | | | | | | | | $ 36,793.83 |
| | | | | | | | | $ 36,182.53 |
| | | | | | | | | $ 34,341.98 |
| | | | | | | | | $ 34,010.54 |
| | | | | | | | | $ 32,236.71 |
| | | | | | | | | $ 30,987.10 |
| | | | | | | | | $ 30,885.31 |
| | | | | | | | | $ 30,000.00 |
| | | | | | | | | $ 29,937.91 |
| | | | | | | | | $ 29,513.89 |
| | | | | | | | | $ 28,230.00 |
| | | | | | | | | $ 27,737.59 |
| | | | | | | | | $ 27,617.67 |
| | | | | | | | | $ 27,000.00 |
| | | | | | | | | $ 26,000.00 |
| | | | | | | | | $ 25,722.82 |
| | | | | | | | | $ 25,000.00 |
| | | | | | | | | $ 24,250.00 |
| | | | | | | | | $ 24,000.00 |
| | | | | | | | | $ 23,811.05 |
| | | | | | | | | $ 22,350.54 |
| | | | | | | | | $ 22,320.00 |
| | | | | | | | | $ 20,697.25 |
| | | | | | | | | $ 20,000.00 |
| | | | | | | | | $ 19,894.81 |
| | | | | | | | | $ 19,563.79 |
| | | | | | | | | $ 18,552.50 |
| | | | | | | | | $ 18,032.49 |
| | | | | | | | | $ 18,000.00 |
| | | | | | | | | $ 17,320.66 |
| | | | | | | | | $ 17,138.00 |
| | | | | | | | | $ 16,402.30 |
| | | | | | | | | $ 16,299.80 |
| | | | | | | | | $ 15,000.00 |
| | | | | | | | | $ 14,713.79 |
| | | | | | | | | $ 13,679.72 |
| | | | | | | | | $ 12,888.41 |
| | | | | | | | | $ 12,730.00 |
| | | | | | | | | $ 12,296.91 |
| | | | | | | | | $ 12,066.78 |

Restitution Order Schedule A
United States v. Garza 17-CR-00158-RNC

| | |
|---|---:|
| $ | 11,761.64 |
| $ | 11,596.65 |
| $ | 11,138.03 |
| $ | 11,000.00 |
| $ | 10,000.00 |
| $ | 10,000.00 |
| $ | 10,000.00 |
| $ | 10,000.00 |
| $ | 9,774.12 |
| $ | 9,744.00 |
| $ | 9,718.71 |
| $ | 9,484.95 |
| $ | 9,437.27 |
| $ | 9,154.47 |
| $ | 9,022.82 |
| $ | 8,841.51 |
| $ | 8,813.84 |
| $ | 8,428.73 |
| $ | 7,600.00 |
| $ | 7,582.00 |
| $ | 7,450.00 |
| $ | 6,857.57 |
| $ | 6,733.20 |
| $ | 6,172.20 |
| $ | 6,170.45 |
| $ | 6,023.00 |
| $ | 5,991.85 |
| $ | 5,875.00 |
| $ | 5,791.60 |
| $ | 5,545.35 |
| $ | 5,469.41 |
| $ | 4,500.00 |
| $ | 4,446.14 |
| $ | 4,333.49 |
| $ | 4,198.89 |
| $ | 4,039.65 |
| $ | 3,817.96 |
| $ | 3,491.60 |
| $ | 3,200.00 |
| $ | 3,000.00 |
| $ | 2,800.00 |
| $ | 2,715.34 |
| $ | 2,629.83 |
| $ | 2,011.88 |
| $ | 2,000.00 |
| $ | 1,810.69 |
| $ | 1,792.37 |
| $ | 1,399.29 |
| $ | 1,385.70 |
| $ | 1,343.05 |
| $ | 1,000.00 |
| $ | 716.00 |
| $ | 576.51 |
| $ | 429.25 |

Restitution Order Schedule A
United States v. Garza 17-CR-00158-RNC

| | |
|---|---:|
| ████████ | $ 373.75 |
| ████████ | $ 367.50 |
| ████████ | $ 284.02 |