UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X
                                                                                 :

UNITED STATES OF AMERICA,           :

     vs.                                          :   3:17 Cr. 158 (RNC)

HOMERO JOSHUA GARZA.           :   MOTION TO SEAL MOTION
                                                  :   REQUESTING AN EXTENSION OF
               Defendant.              :   STAY FOR AN ADDITIONAL 14
                                                  :   DAYS
                                                    :
------------------------------------------------------------X

       Josh Garza, through his attorneys Ballard Spahr, LLP, hereby moves to file the motion for an extension of his surrender date partially under seal to redact health information.

Dated: New York, New York
        April 2, 2019

                                         BALLARD SPAHR LLP


                                         By: */s/ Marjorie J. Peerce*
                                              Marjorie J. Peerce (*pro hac vice*)

                                         1675 Broadway, 19th Floor
                                         New York, NY 10019
                                         Tel:  212-223-0200
                                         Fax:  212-223-1942
                                         peercem@ballardspahr.com

                                         *Attorneys for Defendant Homero Joshua Garza*