```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :
        vs.                                                  :   3:17 Cr. 158 (RNC)
                                                             :
HOMERO JOSHUA GARZA.                                         :
                                                             :
                Defendant.                                   :
                                                             :
                                                             :
-------------------------------------------------------------X
```

## MOTION TO EXTEND VOLUNTARY SURRENDER DATE

The defendant Josh Garza is currently scheduled to surrender on April 4, 2019 to serve the sentence imposed by this court on September 13, 2018. This Court previously granted an extension on Mr. Garza's surrender from January 4, 2019 to April 4, 2019. At that time this Court stated that no further extensions on surrender would be granted.

Aware of this Court's statement, Mr. Garza has nonetheless asked us to request, for the following reason, that this court grant a further 14 day extension on his voluntary surrender. The reason for the request is that Mr. and Mrs. Garza's fourth child was due to be born on March 28. As of today, Mrs. Garza has not gone into labor, and if she does not, it is my understanding from the Garzas that the doctor will medically induce the delivery on Monday April 8, at which time Mr. Garza is scheduled to be in custody. If at all possible he would like to be present for his child's delivery, and able to assist Mrs. Garza for the first two weeks of the child's life, as well as care for their other three children. He is also concerned that there could be complications arising from the inducement.

2

He apologizes to the Court for this request, and fully recognizes that this Court previously stated that no further extensions would be granted, he had expected that Mrs. Garza would have delivered their child by then, and did not anticipate that the delivery would be delayed.

I have spoken with Assistant United States Attorney John Pierpont who has informed me that the Government takes no position on this request.

Dated: New York, New York
April 2, 2019

BALLARD SPAHR LLP

By: */s/ Marjorie J. Peerce*
Marjorie J. Peerce (*pro hac vice*)

1675 Broadway, 19th Floor
New York, NY 10019
Tel: 212-223-0200
Fax: 212-223-1942
peercem@ballardspahr.com

*Attorneys for Defendant Homero Joshua Garza*