UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X
                                                                                            :

UNITED STATES OF AMERICA,      :

                                                           :

    vs.                                         :    3:17 Cr. 158 (RNC)

                                                           :

HOMERO JOSHUA GARZA.       :

                    Defendant.      :

                                                           :

------------------------------------------------------------X

## **MOTION TO EXTEND VOLUNTARY SURRENDER DATE**

    The defendant Josh Garza is currently scheduled to surrender on April 4, 2019 to serve the sentence imposed by this court on September 13, 2018.  This Court previously granted an extension on Mr. Garza's surrender from January 4, 2019 to April 4, 2019.  At that time this Court stated that no further extensions on surrender would be granted.

    Aware of this Court's statement, Mr. Garza has nonetheless asked us to request, for the following reason, that this court grant a further 14 day extension on his voluntary surrender. ███

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████ ██████████████████████████████

██████

He apologizes to the Court for this request, and fully recognizes that this Court previously stated that no further extensions would be granted, ████████████████████████████████████████████████████████████████████████

I have spoken with Assistant United States Attorney John Pierpont who has informed me that the Government takes no position on this request.

Dated: New York, New York
April 2, 2019

                                                                        BALLARD SPAHR LLP

                                                                         By:  /s/ *Marjorie J. Peerce*
                                                                             Marjorie J. Peerce (*pro hac vice*)

                                                              1675 Broadway, 19th Floor
                                                             New York, NY 10019
                                                             Tel:  212-223-0200
                                                             Fax:  212-223-1942
                                                             peercem@ballardspahr.com

                                                             *Attorneys for Defendant Homero Joshua Garza*