# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No. 3:17-CR-158 (RNC) |
| VS. | : |
| HOMERO J. GARZA | : May 1, 2021 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Tracy T. Opoku, Assistant United States Attorney.

    Respectfully submitted,

    Leonard C Boyle
    Acting United States Attorney

       /s/

    Tracy T. Opoku
    Assistant United States Attorney
    United States Attorney's Office
    157 Church Street, 25th Floor
    New Haven, CT 06510
    (203) 821-3806//Fax: (203) 773-5392
    Federal No. CT30854
    Email: Tracy.Opoku@usdoj.gov

<u>Certification</u>

I hereby certify that a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Tracy T. Opoku
Assistant United States Attorney