# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :  Docket No. 3:17-CR-158 (RNC)

VS.      :

HOMERO J. GARZA      :  May 1, 2021

### UNITED STATES' MOTION TO FILE UNDER SEAL

The United States hereby seeks to file under seal documentation in support of its Motion to Update the Clerk's Records, filed contemporaneously herewith.  Based upon the reasons set forth in the accompanying memorandum, the United States requests that this motion be granted.

Respectfully submitted,

Leonard C Boyle
Acting United States Attorney


/s/

Tracy T. Opoku
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, Connecticut   06510
Tel. (203) 821-3806//Fax (203) 773-5315
Email: Tracy.Opoku@usdoj.gov
Federal No.CT30854

<u>Certification</u>

I hereby certify that a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/

Tracy T. Opoku
Assistant United States Attorney