# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:17-CR-158 (RNC) |
| VS. | : | |
| HOMERO J. GARZA | : | May 1, 2021 |

## UNITED STATES' MEMORANDUM IN
## SUPPORT OF MOTION TO FILE UNDER SEAL

The United States hereby submits this memorandum in accordance with L. Civ. R. 5(e)4(b), in support of its Motion to File Under Seal documents supporting the United States' Motion to Update Clerk's Records, filed contemporaneously herewith. The United States seeks this relief in accordance with the guidelines set forth in L. Civ. R. 5(e), such that the documents contain personal information concerning non-parties.

Based upon the foregoing reasons, and in the interest of justice, the Government respectfully requests that this motion be granted.

Respectfully submitted,

Leonard C Boyle
Acting United States Attorney


/s/

Tracy T. Opoku
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, Connecticut  06510
Tel. (203) 821-3806//Fax (203) 773-5315
Email: Tracy.Opoku@usdoj.gov
Federal No.CT30854

<u>Certification</u>

I hereby certify that a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Tracy T. Opoku
Assistant United States Attorney