## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No. 3:17-CR-158 (RNC) |
| VS. | : |
| HOMERO J. GARZA | : August 9, 2021 |

### UNITED STATES' MOTION TO UPDATE CLERK'S RECORDS

The United States hereby respectfully requests that the Clerk of Court be directed to update its records concerning one of the victims in this case in accordance with 18 U.S.C. § 3663(a)(2). This motion is supported by a memorandum of law, submitted herewith.

Respectfully submitted,

Leonard C Boyle
Acting United States Attorney

/s/

Tracy T. Opoku
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT  06510
(203) 821-3806//Fax: (203) 773-5392
Federal No. CT30854
Email: Tracy.Opoku@usdoj.gov

1

Certification

I hereby certify that a copy of the foregoing Motion was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Tracy T. Opoku
Assistant United States Attorney