UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:17-CR-158 (RNC) |
| VS. | : | |
| HOMERO J. GARZA | : | August 9, 2021 |

### UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION TO UPDATE CLERK'S RECORDS

Pursuant to 18 U.S.C. § 3663, the United States hereby respectfully files this memorandum in support of its request that this Court direct the Clerk's Office to update its records. The United States has been notified that the victim's name was misspelled in the documentation related to restitution that was provided to the Court. The victim has provided the United States with an official document reflecting the correct spelling of his legal name, and requests that restitution disbursements due him be issued accordingly. The supporting documentation is filed under seal, simultaneously herewith.

Accordingly, the United States requests that this Court direct the Clerk to update her records to reflect the correct legal name of the victim, identified in sealed exhibits A and B. Furthermore, to the extent that the Clerk is holding any funds due this victim, the United States requests that the Court direct the Clerk to disburse the subject funds. Based upon the foregoing reasons, and in the interest of justice, the United States respectfully requests that the United States' Motion to Update Clerk's Records be granted.

Respectfully submitted,

Leonard C Boyle
Acting United States Attorney


/s/

Tracy T. Opoku
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 25th  Floor
New Haven, CT   06510
(203) 821-3806//Fax: (203) 773-5392
Federal No. CT30854
Email: Tracy.Opoku@usdoj.gov

## Certification

I hereby certify that a copy of the foregoing Memorandum was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Tracy T. Opoku
Assistant United States Attorney