# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:17-CR-158 (RNC) |
| VS. | : | |
| HOMERO J. GARZA | : | |

## ORDER

Contents: Exhibits A and B filed in support of the United States' Motion to Update Clerk's Records

Judicial Officer: Robert N. Chatigny
United States District Judge

Attorney: Tracy T. Opoku
Assistant United States Attorney

Date Sealed:
Date Unsealed:

The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this _____ day of _____, 2021 at _____, Connecticut.

_____
ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE