LOCAL PROB 12F
(06/22)

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut
### Request for Modification of Financial Condition

Name of Offender:  Homero Joshua Garza                    Docket Number:  0205 3:17CR00158-001

Sentencing Judicial Officer:  Honorable Robert N. Chatigny, U.S. District Judge

Date of Original Sentence:  September 13, 2018

Original Offense:  Wire Fraud, in violation of 18 U.S.C. § 1343

Original Sentence:   21 months' imprisonment, 3 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced:  October 14, 2020

AUSA: John Trowbridge Pierpont          Defense Attorney: Marjorie J. Peerce

☐ **Sentence is for a Violation of TSR**

---

## MODIFICATION REQUEST

Current special condition/payment schedule:
The defendant will pay restitution in the total amount of $9,182,000. Special Condition Number 3: You must pay any restitution that is imposed by this judgment in a lump sum, payable immediately. If you are unable to pay the full balance in a lump sum, any remaining balance is payable at a rate of no less than $1000 per month or 10% of your monthly income, whatever is greater. The monthly payment schedule may be adjusted based on the defendant's ability to pay.

Mr. Garza is currently being supervised by the Western District of Texas. The probation officer, having reviewed Mr. Garza's financial circumstances, respectfully recommends and requests the

☐ The special condition/payment schedule is suspended until such time as the probation officer recommends reinstatement

☑ The payment schedule is changed to $3,000          per month

Justification:
After a regular review of Mr. Garza's finances, it was determined that he is able to pay $3,000 per month towards his restitution balance. Mr. Garza is agreeable to the new payment requirement and has signed the Probation 49 acknowledging this.

Respectfully submitted,

by _____

Robert E. Bouffard
Supervising U.S. Probation Officer

Date:   _____ October 24, 2022

The Court orders:

☑   The modification of the payment schedule as requested

☐   Issue a summons for a compliance review hearing

☐   Issue a summons for a violation hearing

☐   Other

_____

Date:   _____ October 28, 2022

Submit by Email    Print Form    Save As